```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  MICHAEL PETRIK, Jr., #177913
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 11-337 LKK |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER TO CONTINUE** |
| | ) **STATUS CONFERENCE TO MARCH 20,** |
| v. | ) **2012, AT 9:15 A.M.** |
| MELINDA SUE SNYDER, | ) Date: February 14, 2012 |
| | ) Time: 9:15 a.m. |
| Defendant. | ) Judge: Lawrence K. Karlton |

THE PARTIES STIPULATE, through their respective attorneys, that the Court should vacate the status conference scheduled for February 14, 2012, at 9:15 a.m., and reset it on March 20, 2012, at 9:15 a.m.

Counsel for defendant requires further time to review discovery and a proposed plea agreement, and to confer with the defendant.

The parties further stipulate that the Court should exclude the period from the date of this order through March 20, 2012, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. The parties stipulate that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial, and that this is an

1

appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7) (Local Code T4).

Dated: February 10, 2012  Respectfully submitted,

DANIEL BRODERICK
Federal Defender

/s/ M.Petrik
_____
MICHAEL PETRIK, Jr.
Assistant Federal Defender


Dated: February 10, 2012  BENJAMIN B. WAGNER
United States Attorney

/s/ M.Petrik for
_____
MICHELE BECKWITH
Assistant U.S. Attorney


**ORDER**

**IT IS SO ORDERED.** The Court orders time excluded from the date of this order through the status conference on March 20, 2012, pursuant to 18 U.S.C. § 3161(h)(7) (Local Code T4). The Court also finds that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial.

DATED: February 13, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2