```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MICHAEL PETRIK, Jr., Bar #177913
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorneys for Defendant
    MELINDA SUE SNYDER
 6

 7

 8                   UNITED STATES DISTRICT COURT

 9                   EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    ) Case No. CR. S-11-337 LKK
                                 )
12              Plaintiff,       ) **STIPULATION AND ORDER TO CONTINUE**
                                 ) **STATUS CONFERENCE TO APRIL 17,**
13       v.                      ) **2012, AT 9:15 A.M.**
                                 )
14  MELINDA SUE SNYDER,          ) Date:  March 20, 2012
                                 ) Time:  9:15 a.m.
15              Defendant.       ) Judge: Lawrence K. Karlton
    _____ )
16
```

17      THE PARTIES STIPULATE, through their respective attorneys, that

18 the Court should vacate the status conference scheduled for March 20,

19 2012, at 9:15 a.m., and reset it on April 17, 2012, at 9:15 a.m.

20      Counsel for defendant requires further time to review discovery

21 and a proposed plea agreement, and to confer with the defendant.

22      The parties further stipulate that the Court should exclude the

23 period from the date of this order through April 17, 2012, when it

24 computes the time within which the trial of the above criminal

25 prosecution must commence for purposes of the Speedy Trial Act.  The

26 parties stipulate that the ends of justice served by granting

27 defendant's request for a continuance outweigh the best interest of the

28

                                    1

public and the defendant in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7) (Local Code T4).

Dated: March 16, 2012              Respectfully submitted,

                                   DANIEL BRODERICK
                                   Federal Defender

                                   /s/ M.Petrik
                                   _____
                                   MICHAEL PETRIK, Jr.
                                   Assistant Federal Defender


Dated: March 16, 2012              BENJAMIN B. WAGNER
                                   United States Attorney

                                   /s/ M.Petrik for
                                   _____
                                   MICHELE BECKWITH
                                   Assistant U.S. Attorney


**ORDER**

**IT IS SO ORDERED.** The Court orders time excluded from the date of this order through the status conference on April 17, 2012, pursuant to 18 U.S.C. § 3161(h)(7) (Local Code T4). The Court also finds that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial.

DATED: March 19, 2012
                                   _____
                                   LAWRENCE K. KARLTON
                                   SENIOR JUDGE
                                   UNITED STATES DISTRICT COURT

2