1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MICHAEL PETRIK, Jr., #177913
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorneys for Defendant

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,      ) No. 2:11-cr-337 LKK
                                  )
11               Plaintiff,       ) ORDER
                                  )
12       v.                       ) Date:  April 17, 2012
                                  ) Time:  9:15 a.m.
13 MELINDA SUE SNYDER,            ) Judge: Hon. Lawrence K. Karlton
                                  )
14               Defendant.       )
   _____)
15

16      This matter came before the Court for status conference on April

17 17, 2012.  The parties agreed to schedule a hearing for status and

18 potential change of plea on May 8, 2012, at 9:15 a.m.  The parties also

19 agreed to exclude time under the Speedy Trial Act up to and including

20 May 8, 2012, pursuant to 18 U.S.C. § 3161(h)(7), Local Code T4, for

21 preparation of defense counsel.  Finally, the parties agreed that the

22 ends of justice served by granting the defendant's request for a

23 continuance outweigh the best interest of the public and the defendant

24 in a speedy trial.

25 / / /

26 / / /

27 / / /

28
   ORDER                            1                    2:11-cr-337 LKK

1    Good cause appearing therefor,

2    **IT IS ORDERED** that this matter is scheduled for status and
3    potential change of plea on May 8, 2012, at 9:15 a.m.;

4    **IT IS FURTHER ORDERED** that the period from April 17, 2012, up to
5    and including May 8, 2012, is excluded pursuant to 18 U.S.C. §
6    3161(h)(7), Local Code T4, due to preparation of defense counsel; and,

7    **THE COURT FINDS** that the ends of justice served by granting the
8    defendant's request for a continuance outweigh the best interest of the
9    public and the defendant in a speedy trial.

Dated:   April 17, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT